# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Aaron E. Goodstein**, presiding.

DATE: **December 1, 2009**

CASE NO. **09-M-536**

UNITED STATES v. **Joshua Anderson, Sherry Wilson and Christian Andrejat**

Deputy Clerk: Karen

Court Reporter:

Time Called: 2:07:53

Time Concluded: 2:18:07

PROCEEDING: **Initial Appearance**

UNITED STATES by: **Gail Hoffman by Elizabeth Blackwood**

    Probation Officer: **Rex Morgan**

    Interpreter:

DEFENDANT: **Joshua Anderson, Sherry Wilson and Christian Andrejat**, in person, and by

ATTORNEY: **Thomas Wilmouth (USFD) for today**

---

Crt. advised defts. of rights. Govt. advised defts. of charges, penalties and fines. Crt. w/appoint counsel for each deft.

Govt. seeking detention of each deft. Presumption case.

Defts. have nothing to proffer at this time.

Based on the presumption, crt. w/enter an order of detention as to each deft. Crt. is willing to review this matter at a later date when appointed counsel has something to proffer.

**Crt. sets Prelim. hrg. for 12/15/09 at 9:00 a.m.**

20 Yrs. - Life  $4,000,000  5 Yrs.  $100