# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTIAN ANDREJAT<br>KEITH WILSON<br>SHERRY WILSON<br>JEANETTE PERKINS<br>JOSHUA ANDERSON | ARRAIGNMENT AND PLEA HEARING<br>CASE NUMBER 09-CR-310 |

| | |
|---|---|
| HONORABLE **Aaron E. Goodstein**, presiding<br>Deputy Clerk: **Karen**<br>Hearing Held: **December 29, 2009** | Court Reporter:<br>Hearing Began: 9:33:55<br>Hearing Ended: 9:46:33 |

**Appearances:**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA by: | **Gail Hoffman** | |
| **Christian Andrejat**, in person, and by: | **Adam Essling** | ☒ CJA ☐ FDS ☐ RET |
| **Keith Wilson**, in person, and by: | **Thomas Wilmouth** | ☐ CJA ☒ FDS ☐ RET |
| **Sherry Wilson**, in person, and by: | **Kathleen Quinn** | ☒ CJA ☐ FDS ☐ RET |
| **Jeanette Perkins**, in person, and by: | **Susan Karaskiewicz** | X |
| **Joshua Anderson**, in person, and by: | **Christopher Donovan** | X |
| U.S. PROBATION OFFICE by: | **Lisa Cyrak** | |

INTERPRETER: ☐ None  ☐ Sworn

| ☒ **Original Indictment** | ☐ Superseding Indictment | ☒ **Felony** | ☐ Misdemeanor |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Speedy Trial Date: | **3/22/10** | Trial Estimate: | **1 ½ weeks** |
| Final Pretrial Date: | | Voir Dire: | **3/18/10** |
| Jury Trial Date: | **3/22/10 at 9:00** | Motions Due: | **1/19/10** |
| District Judge: | **Rudolph T. Randa** | Responses Due: | **1/29/10** |
| Magistrate Judge: | **Patricia J. Gorence** | Replies Due: | **2/3/10** |

- ☒ Defendant advised of rights
- ☐ Court orders counsel appointed
  - ☐ Defendant to reimburse at $/per month
- ☒ Defendant advised of charges, penalties, and fines
- ☐ Copy of indictment received by defendant
  - ☐ indictment read; or ☐ Defendant waives reading
- ☒ Not guilty plea entered by: ☒ each defendant ☐ the court

- ☒ Open file policy applies
- ☒ Government to disclose GJ materials one day prior to trial
- ☐ Case designated complex
  - ☐ Scheduling conference set for:

before ☐ AEG ☐ PJG ☐ WEC

Maximum Penalties:
Cnt. #1 - Keith Wilson, Sherry Wilson and Jeanette Perkins     10 yrs. - Life   $4,000,000   5 Yrs.   $100
Cnt. #3 - Christian Andrejat     20 Yrs.   $1,000,000   3 Yrs.   $100
Cnt. #4 - Keith Wilson     10 Yrs.   $250,000   3 Yrs.   $100
Cnt. #5 - Keith Wilson     5 Yrs.   $250,000   3 Yrs.   $100
Cnt. #7 - Joshua Anderson     3 Yrs.   $250,000   1 Yr.   $100

Counsel notes deft. Keith Wilson still has not been returned to state custody as ordered previously by the crt. Counsel will follow-up with USMS.

All other defts. have been released and are in compliance.