UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**

     V.            Case No. **09-Cr-310**

**CHRISTIAN G. ANDREJAT**

---

**PLEASE TAKE NOTICE** that the above-entitled case is scheduled for a:

**CHANGE OF PLEA HEARING**

at the Federal Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI,

at **2:00 p.m**. on **Wednesday, April 14, 2010**, in **Courtroom 320**,

before **U.S. District Judge Rudolph T. Randa.**

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

               Jon W. Sanfilippo
               Clerk, U.S. District Court

| Counsel | by: *s/ Linda M. Zik*   **March 9, 2010** |
|---|---|
| **Adam C. Essling** |   Linda M. Zik     Date |
| **Attorney at Law** |   Courtroom Deputy Clerk |
| **309 North Water Street - Suite 215** |   (414) 297-3072 |
| **Milwaukee, Wisconsin 53202-5713** | |

Defendant
**(counsel is responsible for notifying the**    **XX** U.S. Attorney  **Gail J. Hoffman, AUSA**
 **defendant of this date)**

               **XX** U.S. Marshal

               **XX** Pretrial Services