# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

# COURT MINUTES

HON. **Rudolph T. Randa**, presiding.  Deputy Clerk: **Linda M. Zik**

DATE: **April 23, 2010  1:30 p.m.**  Court Reporter: **Sheryl Stawski**

CASE NO. **09-Cr-310**  Time Called: 1:33 pm.

UNITED STATES v. **Christian Andrejat**  Time Concluded: 1:44 pm.

TYPE OF PROCEEDING: **CHANGE OF PLEA**

UNITED STATES by: **Gail J. Hoffman**

PROBATION OFFICER: **James P. Fetherston**

INTERPRETER:

DEFENDANT: **Christian Andrejat,** in person, and by

ATTORNEY: **Adam C. Essling**

___ Information filed today    ___ Waiver of Indictment signed and filed today

___ Plea Agreement filed today

Plea: **Guilty** to Count(s) **3** of the Indictment

**X** Adjudged Guilty    **X** Presentence Report ordered

Sentencing date: **July 23, 2010 at 11:00 am.**

Written objections to PSR due: _____
Versions of the offense due: _____

___ Defendant remanded to custody of U.S. Marshal
**X** Bond continued as previously set - Defendant is attending NA outpatient

Defendant sworn. Court questions defendant. Government's offer of proof is contained in the plea agreement. Rule 32 waived in plea agreement.

<u>Penalties</u>
20 years Imprisonment max; Fine: $1,000,000.00 max; $100.00 Special Assessment; 3 years to Life Supervised Release