# UNITED STATES DISTRICT COURT

for

Eastern District of Wisconsin

U.S.S. DIST. COURT EAST DIST. WISC
FILED
JUN 2 5 2010
AT_____O'CLOCK____M
JON W. SANFILIPPO, CLERK

U.S.A. vs. Christian G Andrejat

DOCKET NUMBER:
0757 2:09CR00310 - 11

## Petition for Action on Conditions of Pretrial Release

COMES NOW Joseph L. Madia, pretrial services/probation officer, presenting an official report upon the conduct of defendant Christian G. Andrejat, who was placed under pretrial release supervision by the Honorable Aaron E. Goodstein, sitting in the court at Milwaukee, WI on the 8th date of December, 2009 under the following conditions:

1. The defendant is to refrain from excessive use of all alcoholic beverages and any controlled substances throughout the period of this supervision.
2. The defendant is to participate in urinalysis and, if deemed appropriate by the Pretrial Services Officer, the defendant shall also participate in residential or outpatient drug treatment. The defendant shall pay the cost of this program as directed by Pretrial Services.
3. Remain in his home during prescribed times in accordance with one of the three program components (curfew, home detention and home incarceration) and requires some form of electronic monitoring. Additionally, the condition may require the defendant to be monitored in the community by the form of location monitoring and shall abide by all technology requirements. Voice Recognition is considered a form of electronic monitoring and would be included in this condition.
4. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
5. The defendant shall report to Pretrial Services as directed.
6. The defendant shall maintain participate in a program of testing for drug and alcohol abuse as approved by the Pretrial Services Officer.
7. Travel is restricted to the Eastern District.
8. The defendant is not to possess any firearms or other dangerous weapons.
9. No contact with Melissa Bartelme.
10. Seek and maintain employment.
11. Third party custody to parents; Rick and Carolyn Andrejat.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Since 4/8/10, the defendant has accumulated several Location Monitoring (LMP) violations. He failed to report for a substance abuse outpatient counseling session on 6/21/10. Additionally, the defendant admitted he used Heroin on three separate occasions within the past two weeks; last using Heroin on 6/19/10.

PRAYING THAT THE COURT WILL ORDER:

It is respectfully recommended the Court issue a summons for the defendant for a bail revocation hearing, consider revoking his bond and detaining him pending sentencing currently set for 7/23/10.

ORDER OF COURT

Considered and ordered this 25 day of June, 2010 and ordered filed and made a part of the records in the above case.

_____
Aaron E. Goodstein
U. S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2010

_____
Joseph L. Madia Jr.
U.S. Pretrial Services/Probation Officer

Place: Milwaukee, WI